JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KEVIN AUSTIN                              )          Case No.: CV 16-937 DSF (GJSx)
            Plaintiff,            )
                              )
         v.                        )          JUDGMENT
                              )
BANK OF AMERICA, et al.             )
           Defendant.             )
_____ )

     The Court having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

     3/22/16

Dated: _____          _____
                                         Dale S. Fischer
                              United States District Judge