# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN AUSTIN ) | Case No.: CV 16-937 DSF (GJSx) |
| Plaintiff, ) | |
| ) | AMENDED JUDGMENT |
| v. ) | |
| BANK OF AMERICA, et al. ) | |
| Defendant. ) | |
| _____ ) | |

The Court having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Dated: 3/23/16

_____
Dale S. Fischer
United States District Judge